```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ STANLEY A. BOONE
   │ Assistant U.S. Attorney
 3 │ MISDEMEANOR UNIT
   │ 3654 Federal Building
 4 │ 1130 "O" Street
   │ Fresno, California 93721
 5 │ Telephone (559) 498-7272
 6 │
   │            IN THE UNITED STATES DISTRICT COURT FOR THE
 7 │
   │                    EASTERN DISTRICT OF CALIFORNIA
 8 │
 9 │
10 │
11 │ UNITED STATES OF AMERICA,    )   6:05-mj-00259 WMW
   │                              )
12 │             Plaintiff,       )
   │                              )   STIPULATION TO CONTINUE
13 │      v.                      )   SENTENCING HEARING AND ORDER
   │                              )
14 │                              )   Date: June 29, 2006
   │ DAVID MICHAEL KATOSIC,       )   Time: 10:30 a.m.
15 │                              )
   │                              )
16 │                              )
   │             Defendant.       )
17 │ _____)
18 │
19 │
20 │      IT IS HEREBY STIPULATED by and between the parties hereto
21 │ through their respective counsel, STANLEY A. BOONE, Assistant
22 │ United States Attorney for Plaintiff and CARRIE LEONETTI, attorney
23 │ ///
24 │ ///
25 │ ///
26 │ ///
27 │ ///
28 │ ///
```

1

1  for Defendant, that the sentencing hearing currently scheduled for
2  June 29, 2006 at 10:30 a.m. shall be continued until **July 7, 2006**
3  **at 10:30 a.m.**
4
5                                          Respectfully submitted,
6                                          McGREGOR W. SCOTT
                                           United States Attorney
7
8  Dated: April 24, 2006          By   /S/Stanley A. Boone
9                                      STANLEY A. BOONE
                                        Assistant U. S. Attorney
10
11
12 Dated: April 24, 2006               /s/Carrie S. Leonetti
                                        CARRIE S. LEONETTI
                                        Attorney for Defendant
13
14       IT IS SO ORDERED.
15       **Dated:   April 25, 2006**              **/s/ Dennis L. Beck**
   3b142a                                  UNITED STATES MAGISTRATE JUDGE
16

2