PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | David Michael KATOSIC |
| **Docket Number:** | 6:05M00259-01 |
| **Offender Address:** | Groveland, California |
| **Judicial Officer:** | Honorable Sandra M. Snyder<br>United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/09/2006 |
| **Original Offense:** | 18 USC 13 (CVC 2800.1) - Unlawful Evasion of a Peace Officer in Motor Vehicle; 36 CFR 4.2 [CVC 12500(b)] - Operate a Motorcycle Without a Motorcycle Endorsement Issued; 36 CFR 2.23(b) - Failure to Pay Recreational Use Fee When Entering Yosemite National Park<br>(Count 1: CLASS A MISDEMEANOR; Counts 2 & 3: CLASS B MISDEMEANORS ) |
| **Original Sentence:** | 12 months probation; $45 special assessment |
| **Special Conditions:** | As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient); The defendant shall complete 120 hours of unpaid community service as directed by the probation officer. Community service shall be completed by May 31, 2007; Participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 08/09/2006 |
| **Assistant U.S. Attorney:** | Stanley A. Boone    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Carrie Leonetti    **Telephone:** (559) 487-5561 |

**RE:   David Michael KATOSIC**
   **Docket Number:  6:05MJ00259-01**
   **REPORT OF OFFENDER NON-COMPLIANCE**

**Other Court Action:**           None

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   ILLICIT DRUG USE (AUGUST 23, 2006)**

   **Details of alleged non-compliance:**  On August 23, 2006, the offender reported to the United States Probation Office in Modesto, California, for the initial interview, which included his submitting a urine sample that returned positive for marijuana.

**United States Probation Officer Plan/Justification:**  During the above-noted interview, prior to the urine test, Katosic informed the probation officer the sample would return positive for marijuana as he was not aware he would be tested during his term of probation (the offender was tested under the mandatory testing condition as drug testing was not ordered as a special condition).  A subsequent urine sample taken on September 20, 2006, returned negative.

The probation officer will continue to test the offender on a random basis.  Marijuana is known to stay in a user's system up to 30 days after the last use.  Katosic's positive test was 14 days after being placed on probation.  The probation officer contacted Scientific Testing Labs and spoke with a scientist that reported the offender's level of use could not be determined without comparing it to a subsequent positive sample.  Since Katosic's second sample returned negative, the marijuana in his system appears to have been from residual use.

Based on the above, it is recommended the Court take notice and that no further action be taken.

**RE:   David Michael KATOSIC**
  **Docket Number:  6:05MJ00259-01**
  <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

                              Respectfully submitted,
                                /s/ Casey Horner, Sr.
                              **CASEY HORNER, SR.**
                     **Senior United States Probation Officer**
                          Telephone:  (209) 574-9481

**DATED:**   October 23, 2006
  Modesto, California
  CKH:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
  **DEBORAH A. SPENCER**
  **Supervising United States Probation Officer**

cc:   United States Probation
  Stanley A. Boone, Assistant United States Attorney
  Carrie Leonetti, Assistant Federal Defender

**THE COURT ORDERS:**

( XX  )The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )   Submit a Request for Modifying the Conditions or Term of Supervision.

(  )   Submit a Request for Warrant or Summons.

(  )   Other:

IT IS SO ORDERED.

**Dated:   October 31, 2006**           /s/ Sandra M. Snyder
icido3   UNITED STATES MAGISTRATE JUDGE

3